AO 442 (Rev. 01/09) Arrest Warrant

RECEIVED
U.S. MARSHAL
2009 NOV -2 A 10: 18
WESTERN DISTRICT
WASHINGTON (86)
WASHINGTON

FILED ___ ENTERED
___ LODGED ___ RECEIVED

2009

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
DEPUTY

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

United States of America
v.
DONALD J. MASON
*Defendant*

)
)
)
)
)
)

Case No. MJ09-555

CERTIFIED TRUE COPY
ATTEST: BRUCE RIFKIN
Clerk, U.S. District Court
Western District of Washington

By _____
Deputy Clerk

**ARREST WARRANT**

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* DONALD J. MASON ,

who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment   ❏ Superseding Indictment   ❏ Information   ❏ Superseding Information   ☑ Complaint
❏ Probation Violation Petition   ❏ Supervised Release Violation Petition   ❏ Violation Notice   ❏ Order of the Court

This offense is briefly described as follows:

Embezzle, Steal, Purloin and Convert to his own uses, money belonging to the Department of the Treasury, in violation of Title 18, United States Code, Section 641

Date: November 2, 2009

_____
*Issuing officer's signature*

City and state: Seattle, Washington

JAMES P. DONOHUE, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 11/2/09 , and the person was arrested on *(date)* 11/2/09
at *(city and state)* Bellingham, WA

Date: 11/2/09

For M. BALL IRS S/A
*Arresting officer's signature*

_____
*Printed name and title*